IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

---

JUDY W. WATSON, personal representative
of the ESTATE OF TIFFANY HOPE WATSON,
deceased, and guardian of AVA-MARIA JADE
ALEJANDRO, daughter of deceased,

    Plaintiff,

vs.                                            No. 1:17-cv-00293-TRM-CHS

BURKE & SONS, INC. and              **JURY DEMANDED**
FRANK SCOTT JOHNSON,

    Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel as evidenced by their signatures below that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own cost and fees.

                    Respectfully submitted,

BY:  *s/ W. Scott Hickerson*
       S. LANE WOLFENBARGER (#18961)
       W. SCOTT HICKERSON (#26369)
       SHUTTLEWORTH PLLC
       800 S. Gay Street, Suite 2031
       Knoxville, Tennessee 37929
       (865) 622-7118
       wsh@swlawpllc.com
       slw@swlawpllc.com
       *Attorneys for Defendants*

       *and*

1

*s/ W. Holt Smith*
W. Holt Smith, Esq. (#4557)
209 Tellico Street North
Madisonville, Tennessee 37354
Phone: (423) 442-4012
Fax (423) 442-1038
whs4849@bellsouth.net
*Attorneys for Plaintiff*

John W. Cleveland, Sr. (#5829)
120 West Morris Street
Sweetwater, Tennessee 37874
Phone: (423) 337-2111
Fax: (423) 337-2121
Johnwcleveland@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This certifies that copy of the above foregoing Stipulation of Dismissal was filed electronically on October 1, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties:

| | |
|---|---|
| W. Holt Smith, Esq. (#4557) | John W. Cleveland, Sr. (#5829) |
| 209 Tellico Street North | 120 West Morris Street |
| Madisonville, Tennessee 37354 | Sweetwater, Tennessee 37874 |
| Phone: (423) 442-4012 | Phone: (423) 337-2111 |
| Fax (423) 442-1038 | Fax: (423) 337-2121 |
| whs4849@bellsouth.net | Johnwcleveland@gmail.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

*s/ W. Scott Hickerson*
